# Court of Appeals
## Tenth Appellate District of Texas

10-26-00046-CR
10-26-00047-CR

Antoine Demetruis DeGrate,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
19th District Court of McLennan County, Texas
Judge Thomas C. West, presiding
Trial Court Cause Nos. 2013-1551-C1, 2013-1152-C1

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

On January 21, 2026, Antoine Demetruis Degrate filed appeals in the trial court of his three convictions from guilty pleas where the sentence was imposed on February 10, 2014. By letters from the Clerk dated February 5, 2026, DeGrate was advised that the notices of appeal appeared to be untimely and was directed to file a response with this Court showing grounds for continuing the appeal. DeGrate filed a response in appellate Cause No. 10-26-

00047-CR in which he appears to be attempting to file a writ of habeas corpus pursuant to article 11.07 of the Code of Criminal Procedure.

Direct appeal is not a proper mechanism to raise the claims DeGrate is attempting to pursue. Additionally, this Court does not have jurisdiction over a writ of habeas corpus pursuant to article 11.07. *See* TEX. CODE CRIM. PROC. art. 11.07, Sec. 3. Therefore, we do not have jurisdiction over these appeals, and they are dismissed for want of jurisdiction.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: March 5, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeals dismissed
Do not publish
CRPM (10-26-00046-CR)
CR25 (10-26-00047-CR)

